**RICHARD A. MINCER, #6-2886**
**TRACI L. LACOCK, #6-4009**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
rmincer@hirstapplegate.com
tlacock@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ELICEO SALCEDO, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 19-CV-125F |
| | } | |
| TRANSCO, INC., McLANE COMPANY INC. and ALBERTO MARTINEZ-CASTANEDA, | } } } | |
| | } | |
| Defendants. | } | |

## *STIPULATION OF DISMISSAL WITH PREJUDICE*

Plaintiff Eliceo Salcedo and Defendants Transco, Inc., McLane Company Inc., and Alberto Martinez-Castaneda, by and through their respective counsel of record, hereby stipulate and agree that Plaintiff's Complaint, as against Defendants, together with any and all other claims and/or causes of action of any nature whatsoever connected therewith which could have been asserted in this action, should be dismissed with prejudice and that each party should bear his or their own costs.

– 2 –

Dated:  15 September 2020.

| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |
|---|---|
| BY: s/John D. Bowers (with permission)<br>　　OF BOWERS LAW FIRM PC<br>　　Attorneys for Plaintiff<br>　　685 S. Washington Street<br>　　P. O. Box 1550<br>　　Afton, WY 83110-1550<br>　　(307) 885-1000 | BY:  s/Traci L. Lacock<br>　　OF HIRST APPLEGATE, LLP<br>　　Attorneys for Defendant<br>　　1720 Carey Avenue, Suite 400<br>　　P. O. Box 1083<br>　　Cheyenne, WY 82003-1083<br>　　(307) 632-0541 |
| BY: s/Caleb Bertch (with permission)<br>　　OF BERTCH ASSOCIATES<br>　　Attorneys for Plaintiff<br>　　7070 S. 2300 E. Suite 100<br>　　Salt Lake City, UT 84121<br>　　(801) 424-3800 | |